# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DAVID RIDDLEHOOVER, ERIC DYE, and TIMOTHY SELF,<br><br>*Plaintiffs*,<br><br>v.<br><br>PREMIER TOWING, LLC and BENJAMIN BUSBEE,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:21-cv-00152-TES |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Upon application of the Parties and the Court's review of the Parties' Settlement Agreement, the Court concludes that the terms of the Parties' Settlement Agreement are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' Settlement Agreement, attached as Exhibit B to the Joint Motion [Doc. 15], is approved.

**SO ORDERED**, this 1st day of March, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**