IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID RIDDLEHOOVER, ERIC DYE, and TIMOTHY SELF,<br>Plaintiffs,<br><br>v.<br><br>PREMIER TOWING, LLC and BENJAMIN BUSBEE,<br><br>Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>) 5:21-CV-152-TES<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF TYLER B. KASPERS IN SUPPORT OF BILL OF COSTS**

I, TYLER B. KASPERS, hereby swear, affirm, and attest as follows, based on my personal knowledge of the matters contained herein:

(1) The Complaint in this matter was filed on May 3, 2021. Doc. 1. The cost to Plaintiffs of filing this matter with the Clerk of Court for the United States District Court for the Middle District of Georgia was four hundred two dollars and zero cents ($402.00), as reflected in the payment confirmation attached to Plaintiffs' Bill of Costs as "Exhibit 2."

(2) The January 18, 2022, 30(b)(6) deposition of Defendant Premier Towing, LLC was necessary to the pursuit and resolution of this mater. The cost of that deposition to Plaintiffs of one thousand eighteen dollars and thirty cents ($1,019.30), as reflected in the invoice attached to Plaintiffs' Bill of Costs as "Exhibit 3."

(3) Plaintiffs were required to make three hundred and nine (309) copies in this matter. Those copies were made for the purpose of the January 18, 2022, 30(b)(6) deposition referenced in paragraph 2, *supra*. Plaintiff produced 20 exhibits, consisting of one

1

hundred and three (103) documents, and provided copies to (1) Defendant Premier Towing's 30(b)(6) designee, (2) Defendant's counsel, and (3) himself. Plaintiffs seek reimbursement of those copy charges at a rate of fifteen cents ($0.15) per page, for a total of forty-six dollars and thirty-five cents ($46.35) which represents the cost of paper and ink.

I verify under penalty of perjury that the foregoing statements of fact are true and correct.

Executed this 16th day of March, 2022.

/s/ Tyler B. Kaspers
Tyler B. Kaspers
Ga. Bar No. 445708