UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID RIDDLEHOOVER,
ERIC DYE, and TIMOTHY SELF,
      Plaintiffs,

v.                                            Case No. 5:21-cv-00152-TES

PREMIER TOWING, LLC and
BENJAMIN BUSBEE,

      Defendants.
_____/

## **NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS**

Ashwin R. Trehan, Esq., pursuant to Middle District of Georgia Local Rule 83.1.4, notifies the Court of his withdrawal as counsel for the Defendants in this action, and further states as follows:

1. Ashwin R. Trehan, Esq., will no longer be working for Spire Law, LLC, as of April 30, 2022, and will no longer be representing defendants in litigation in his new practice.

2. Spire Law, LLC will continue representation of the Defendants with Whitney DuPree as lead counsel.  Ms. DuPree has already entered an appearance in this action.

Dated this 29th day of April, 2022.

>Respectfully submitted,
>
>SPIRE LAW, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>*/s/Ashwin R. Trehan*
>Ashwin R. Trehan, Esq.
>Florida Bar No. 42675
>*Admitted Pro Hac Vice*
>ashwin@spirelawfirm.com
>sarah@spirelawfirm.com
>laura@spirelawfirm.com

Attorney for Defendants | PREMIER TOWING, LLC and BENJAMIN BUSBEE

## CERTIFICATE OF SERVICE

I hereby Certify that on this 29th day of April, 2022, the foregoing was electronically filed with the Court by using the Middle District of Georgia's CM/ECF portal, which will send a notice of electronic filing to: Tyler B. Kaspers, THE KASPERS FIRM, LLC 152 New Street, Suite 109B Macon, GA 31201 404-944-3128 tyler@kaspersfirm.com.

>*/s/ Ashwin R. Trehan*
>Attorney

2